CENTER FOR DISABILITY ACCESS
Krista Hemming, Esq., SBN 304213
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
kristah@potterhandy.com
Attorneys for Plaintiff


Ashley N. Arnett, SBN 305162
aarnett@seyfarth.com
SEYFARTH SHAW LLP
601 South Figueroa Street, Suite 3300
Los Angeles, CA 90017-5793
Telephone: 213-270-9628
Facsimile: 213-270-9601
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo Jr.**,<br><br>      Plaintiff,<br><br>   v.<br><br>**Investel Harbor Resorts LLC, and Does 1-10,**<br><br>      Defendants | Case No.: 8:21-cv-00052-SPG-ADSx<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

1
2
3   Dated: 11/29/2022					CENTER FOR DISABILITY ACCESS
4							By:   /s/ Krista Hemming
							Krista Hemming
5							Attorneys for Plaintiff
6
7   Dated: 11/29/2022					SEYFARTH SHAW LLP
8							By: /s/Ashley N. Arnett
							Ashley N. Arnett
9							Attorneys for Defendant
							INVESTEL HARBOR RESORTS LLC; ; ;
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Ashley N Arnett and that I have obtained Attorney Arnett's authorization to affix their electronic signature to this document.

Dated: 11/29/2022                                     CENTER FOR DISABILITY ACCESS

                                                      By:    /s/ Krista Hemming
                                                      Krista Hemming
                                                      Attorneys for Plaintiff